10784

## WILLIAMS v. CARLSON

(110 S. E. 69)

ATTACHMENT—AFFIDAVIT, NOT SHOWING MATTERS REQUIRED BY STATUTE, FATALLY DEFECTIVE.—Under Code Civ. Proc. 1912, § 281, providing that a warrant of attachment may be issued whenever it shall appear by affidavit that a cause of action exists against defendant, specifying the amount of the claim and the grounds thereof, an affidavit for attachment of an automobile alleged to have collided with plaintiff's car *held* fatally defective.

Before WHALEY, J., Richland County Court, March 1921. Affirmed.

Action by Mrs. L. M. Williams against Victor Carlson and one Willys-Knight automobile. From order dissolving an attachment the plaintiff appeals.

The action was brought for damages to plaintiff's automobile in a collision with defendant's car. The affidavit on which defendant's automobile was attached was as follows:

"Personally comes Mrs. L. M. Williams, who being duly sworn says that her automobile was injured on the Garner's Ferry road about four miles east of Columbia by a car negligently and carelessly running into hers, while hers was observing the laws and customs of the road and highway. The car that did the damage, a Willys-Knight, six-cylinder, seven-passenger touring car. Her information is obtained from her son, Louis Williams, the department of highways, and through the defendant."

*Mr. James H. Hammond,* for appellant, cites: *Requisites of affidavit in attachment*: Code Proc. 1912, Sec. 281. *Not necessary to state amount of claim in affidavit*: 85 S. C., 114. *Obiter dicta in* 62 S. C., 532. *Attachment should not be dissolved for error in Sheriff's return*: 12 Rich., 617.

*Messrs. Tompkins, Barnett & McDonald,* for respondent, cite: *Amount of injury must be alleged*: 62 S. C., 530; 50 S. C., 192. *Sufficient allegation of damages*: 85 S. C., 114; 32 S. C., 155. *Description of property not sufficiently explicit*: 6 C. J., 817 and note. *Answer not considered in passing on motion and improperly inserted in case for appeal*: 50 S. C., 201; 24 S. C., 204.

December 19, 1921.

The opinion of the Court was delivered by MR. JUSTICE WATTS.

This is an appeal from an order of County Judge Whaley, dissolving an attachment of an automobile. The exceptions, five in number, are all overruled, because the affidavit is fatally defective, under Section 281, Vol. 2, Code of Laws 1912, which requires that an affidavit shall be presented "specifying the amount of the claim and the grounds thereof." It must also appear by affidavit that a cause of action exists against defendant. His Honor committed no error in dissolving the attachment.

Judgment affirmed.